UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANDREW KITCHEN,

    Plaintiff,　　　　　　　　　　　　　　　Case No. 23-CV-13075

v.

    　　　　　　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH

KAREN D. MCDONALD et al,

    Defendants.
_____/

## ORDER REGARDING PLAINTIFF'S LETTER TO THE COURT

    The Court received a copy of the January 24, 2025 letter that Plaintiff Michael Andrew Kitchen addressed to Chief Judge Sean F. Cox regarding this case.

    As the Court understands it, Plaintiff's letter requests that this case be closed. The Court has reviewed the docket in this case. On October 28, 2024, a judgment was entered. (See Dkt. 51). The judgment closed the case. Accordingly, the Court need not take further action.

    SO ORDERED.

Dated: April 18, 2025　　　　　　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge